Dana M. Johnson
WILDERNESS WATCH
P.O. Box 9765
Moscow, Idaho 83843
(208) 310-7003 | Phone
danajohnson@wildernesswatch.org

Timothy M. Bechtold
BECHTOLD LAW FIRM, PLLC
P.O. Box 7051
Missoula, MT 59807
(406) 721-1435
tim@bechtoldlaw.net

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| WILDERNESS WATCH; ALLIANCE FOR THE WILD ROCKIES; FRIENDS OF THE WILD SWAN; and FLATHEAD-LOLO-BITTERROOT CITIZEN TASK FORCE, and CONSERVATION CONGRESS<br><br>Plaintiffs,<br><br>v.<br><br>LEANNE MARTEN, Regional Forester of Region One of the U.S. Forest Service, and US FOREST SERVICE,<br><br>Defendants. | CV-21-82-M-DLC<br><br>**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

Plaintiffs respectfully move this Court for a temporary restraining order and/or preliminary injunction against implementation of the North Fork Blackfoot River Fish Project.  A preliminary injunction is necessary at this time because Project activities may commence as soon as August 1, 2021, and this Court has not yet had the opportunity to review the merits of the case.  A preliminary injunction is warranted in this case because the public interest and balance of equities tip in Plaintiffs' favor, the Project presents the threat of imminent and irreparable harm to Plaintiffs' interests, and Plaintiffs have raised serious questions on the merits. Plaintiffs file a brief in support of this motion. This motion is filed at the outset of this case, and is being served on the US Attorney's office.

Respectfully submitted this 22nd Day of July, 2021,

/s/ Dana Johnson
WILDERNESS WATCH

/s/Timothy M. Bechtold
BECHTOLD LAW FIRM, PLLC

## CERTIFICATE OF SERVICE

I certify that I served a true and accurate copy of this document via email attachment on July 22, 2021 on the following:

AUSA Mark Smith
mark.smith3@usdoj.gov

/s/Timothy M. Bechtold
Bechtold Law Firm, PLLC
Attorneys for Plaintiffs