IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

**DECLARATION OF GEORGE NICKAS**

I, George Nickas, make this declaration based on personal knowledge and belief:

1. I currently reside in Missoula, Montana, where I have lived for the past 25-plus years. I graduated from Utah State University College of Natural Resources School of Forestry with a degree in wildlands recreation management.

2. I have been a member of Wilderness Watch for 30 years. I have been a member of the staff of Wilderness Watch for 25 years, and for the past 23 years have been the executive director.

3. I am very familiar with Wilderness Watch's organization mission to ensure wilderness lands are administered in accordance with the 1964 Wilderness Act. Founded in 1989, Wilderness Watch is America's leading organization dedicated to defending and keeping wild the nation's 111 million-acre National Wilderness Preservation System. Wilderness Watch is an organization of citizens who believe that the stewardship of these remarkable wild places must be assured through independent citizen oversight, education, and the continual monitoring of federal management activities.

4. I have worked in wilderness for the U.S. Forest Service, been a wilderness guide, and a public lands advocate for conservation organizations in the western United States for 36 years. I have made dozens of public presentations at local, regional and national conferences on wilderness management and protection, spoken at congressional hearings, and been a guest speaker or lecturer at numerous federal agency line-officer training sessions for wilderness managers. I have been awarded for my work to help protect native trout, including the imperiled Bonneville cutthroat trout.

5. I first visited the headwaters of the North Fork Blackfoot River in the Scapegoat Wilderness in the 1980s. Over the past 20 years I have visited the North Fork on about a dozen trips, mostly for pleasure, but also as a guest lecturer for a Wilderness and Civilization course for the University of Montana.

6. I enjoy visiting the upper North Fork Blackfoot country because of its spectacular beauty, its expression of untrammeled wildness as seen in the aftermath of numerous natural fires and the ongoing regeneration of the native forests and habitats, and the occasional track or claw-scarred tree of the grizzly bear, a common reminder of the Great Bear's ever presence in the drainage.

7. But I also especially appreciate the Scapegoat Wilderness because of its storied reputation in the history of wilderness protection in our country. The Scapegoat is considered the first citizen-generated wilderness recommendation in the country. The Wilderness Act of 1964 required the Forest Service to review all of its existing primitive areas and to make recommendations to Congress as to which ones should be designated

as wilderness and as part of the National Wilderness Preservation System. It was also required to protect the primitive character of those lands until Congress acted. All of the national forest wildernesses that were designated in the years following passage of the Wilderness Act came from that list. When the Forest Service proposed to road and log the Lincoln backcountry, which was not part of a protected primitive area, local citizen conservationists rose up in opposition, created their own wilderness proposal, and took it to Congress demanding action. Thus the Scapegoat Wilderness was designated and the ship of citizen wilderness proposals was put to sail. It would truly be tragic if this flagship citizen wilderness were to be so abusively violated now by yet another misguided agency proposal.

8. I have plans to visit the North Fork later this summer, before the beginning of the early elk hunts when the upper Blackfoot becomes busier. My favorite areas in the upper North Fork Blackfoot drainage are above the falls because much of the heavy pack stock use that occurs in the lower drainage diverts onto other trails, which protects the natural solitude and makes the area feel much more remote. It also provides access to Scapegoat Mountain itself, one of the most spectacular sights in the entire Bob Marshall Wilderness Complex.

9. My enjoyment and appreciation for the upper North Fork Blackfoot drainage will be seriously compromised by the proposed project. I'm drawn to Wilderness because for and so many others it represents what the country was before our modern civilization began to work its will across the landscape. It's a place where nature reigns, where the free play of natural processes, not human management or whims, shape the country and the wildlife that live there. Even the most common occurrences, such as a morning citing of a band of elk or the evening yipping of coyotes, is so much more interesting and gratifying in a place where humans are not in charge.

10. If the proposed project goes forth, it will forever change my perspective of the North Fork and its wildness. I realize that nowhere on Earth is pristine, or absolutely free of any influence by humankind. But what makes wilderness unique is that the Wilderness Act made it our national policy to henceforth leave some areas alone, to not intentionally modify or manipulate them for our own gain. But that's exactly what the North Fork poisoning and fish stocking plan proposes to do; turn a naturally fishless, but biologically rich, wilderness aquatic ecosystem into a westslope cutthroat trout fishery. It is the antithesis of what wilderness means, and the Scapegoat Wilderness will be forever diminished if the project goes forth.

11. That the project also proposes to invade the Scapegoat Wilderness with dozens of helicopter sorties, generators, and other motorized equipment only adds insult to injury. Wilderness is the only place on our public lands where all motor vehicles and motorized equipment is banned because they are antithetical to the idea of places set apart. They're the tools we use to dominate nature; the opposite of respect and restraint embodied in wilderness law and the ideal. If I encountered a helicopter during one of my wilderness trips, it would most certainly ruin my sense of solitude and isolation. But even knowing that helicopters have been present in an area has a degrading effect on my perspective of the wildness of a place. While I still plan to visit the North Fork in August this year and

many years thereafter, I won't go if the proposed project is underway and my future enjoyment of the area will be greatly diminished knowing such an incursion took place.

12. Because of these reasons and many more, Wilderness Watch has provided extensive comments to the Forest Service explaining why we are opposed to proposed poisoning of the North Fork Blackfoot drainage and the plans to stock the naturally fishless watershed with trout. Our members and supporters, too have expressed their opposition. I understand the vast majority, perhaps 95 percent or more, of the citizens that commented on the proposed project opposed it for the reasons I've stated above.

13. We were also shocked to find out the Forest Service planned to implement the project right after releasing the decision authorizing it. On July 14, 2021 Wilderness Watch received an email from Christina Bailey, U.S. Forest Service inviting us to participate in a video conference the following day, July 15. No other information was provided. The subject line in the email was "North Fork Fish Stakeholder Meeting."

14. On July 15, 2021 I participated in the stakeholder video conference. During the conference the Forest Service notified us that it expected to sign a decision memo approving the North Fork Blackfoot project and that the decision would be released the following day. The Forest Service posted the decision on July 16, 2021, and categorically excluded it from documentation in an environmental assessment or environmental impact statement. We were also notified that project activities, including helicopter use, motorboat use, and stream poisoning, would begin the first week of August 2021, with the fish stocking aspect to follow soon thereafter.

15. On July 16, 2021, Wilderness Watch sent a letter to Regional Forester Leanne Marten and the forest supervisors for the Lolo National Forest and Helena-Lewis and Clark National Forests requesting they delay project implementation to allow for judicial review of the decision. In that letter we explained that the Forest Service has been the subject of two federal court orders requiring the Forest Service to allow enough time for judicial review between project authorization and project implementation. As of the time of writing this declaration, July 22, 2021, Wilderness Watch has not received a reply to our letter from any of the Forest Service officials.

16. A Court order restraining the North Fork Blackfoot River stream and lake poisoning and motorized intrusions would protect my interests in enjoying and protecting the Scapegoat Wilderness currently and in the future.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on this 22nd day of July 2021 in Missoula, Montana.

*George Nickas*