IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILDERNESS WATCH; ALLIANCE FOR THE WILD ROCKIES; FRIENDS OF THE WILD SWAN; and FLATHEAD-LOLO-BITTERROOT CITIZEN TASK FORCE, and CONSERVATION CONGRESS, <br><br>Plaintiffs, <br><br>vs. <br><br>LEANNE MARTEN, Regional Forester of Region One of the U.S. Forest Service, and U.S. FOREST SERVICE, <br><br>Defendants. | CV 21–82–M–DLC <br><br><br>ORDER |

Before the Court is the Plaintiffs' Notice of Dismissal. (Doc. 16.) Plaintiffs represent that the United States Forest Service has withdrawn the project challenged in this action. (*Id.*) As such, Plaintiffs' wish to voluntary dismiss this lawsuit. (*Id.*)

Accordingly, IT IS ORDERED that the above-captioned matter is DIMISSED without prejudice.

IT IS FURTHER ORDERED that the status report deadline (Doc. 15) is VACATED.

1

The Clerk of Court is directed to close the case file.

DATED this 31st day of August, 2021.

/s/ Dana L. Christensen

Dana L. Christensen, District Judge
United States District Court